IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL CASE NO. 1:25-cv-00172

| | |
|---|---|
| BLUE RIDGE HEALTHCARE HOSPITALS, INC. D/B/A UNC HEALTH BLUE RIDGE,<br><br>Plaintiff,<br><br>v.<br><br>HUMANA INSURANCE COMPANY and HUMANA MEDICAL PLAN, INC.,<br><br>Defendants. | |

## DEFENDANTS HUMANA INSURANCE COMPANY AND HUMANA MEDICAL PLAN, INC.'S MOTION TO DISMISS THE COMPLAINT

Through counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Humana Insurance Company and Humana Medical Plan, Inc. (collectively, "Defendants") hereby move to dismiss all of Blue Ridge Healthcare Hospitals, Inc. d/b/a UNC Health Blue Ridge's ("Plaintiff") claims in this litigation and the Complaint in its entirety. Defendants are submitting a supporting brief contemporaneously with the filing of this Motion in accordance with LCvR 7.1(c).

For the reasons stated in the accompanying brief, Defendants respectfully request that the Court dismiss all of Plaintiff's claims and the Complaint in its entirety for failure to state a claim upon which relief can be granted.[1]

---

[1] In addition to the deficiencies that require dismissal of the Complaint, Plaintiffs' request for exemplary damages is inappropriate and should be dismissed or stricken.

Respectfully submitted, this the 6th day of August, 2025.

        By: */s/ Bradley A. Roehrenbeck*
            Chad D. Hansen (N.C. Bar No. 32713)
            Bradley A. Roehrenbeck (N.C. Bar No. 34180)
            KILPATRICK TOWNSEND & STOCKTON LLP
            1001 West Fourth Street
            Winston-Salem, NC 27101
            Telephone: (336) 607-7300
            Facsimile: (336) 607-7500
            chadhansen@ktslaw.com
            broehrenbeck@ktslaw.com@ktslaw.com

            *Attorneys for Defendants Humana Insurance Company and Humana Medical Plan, Inc.*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

This the 6th day of August, 2025.

        By: */s/ Bradley A. Roehrenbeck*
            Chad D. Hansen (NC Bar No. 32713)
            Bradley A. Roehrenbeck (N.C. Bar No. 34180)
            KILPATRICK TOWNSEND & STOCKTON LLP
            1001 West Fourth Street
            Winston-Salem, NC 27101
            Telephone: (336) 607-7300
            Facsimile: (336) 607-7500
            chadhansen@ktslaw.com
            broehrenbeck@ktslaw.com

            *Attorneys for Defendants Humana Insurance Company and Humana Medical Plan, Inc.*