# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

BLUE RIDGE HEALTHCARE
HOSPITALS, INC. D/B/A UNC
HEALTH BLUE RIDGE,

    Plaintiff,

       v.

HUMANA INSURANCE COMPANY
and HUMANA MEDICAL PLAN,
INC.,

    Defendants.

Civil Case No. 1:25-cv-00172

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Blue Ridge Healthcare Hospitals, Inc. d/b/a UNC Health Blue Ridge voluntarily dismisses the above-captioned case, **with prejudice**. Each party is to bear its own costs and attorneys' fees.

1

Dated: July 17, 2026

**K&L GATES LLP**

*/s/ Anderson M. Shackelford*
Nate A. Huff
N.C. State Bar No. 40626
nate.huff@klgates.com
Anderson M. Shackelford
N.C. State Bar No. 49510
anderson.shackelford@klgates.com
430 Davis Drive
Morrisville, NC 27560
Telephone: (919) 466-1190

*Counsel for Plaintiff*

1614178209.1

## CERTIFICATE OF SERVICE

I hereby certify that, pursuant to Fed. R. Civ. P. 5(b)(2)(E), the undersigned served a copy of the foregoing document by filing the same with the court's electronic-filing system, which will electronically transmit a copy to all attorneys of record.

Dated: July 17, 2026          **K&L GATES LLP**

*/s/ Anderson M. Shackelford*
Nate A. Huff
N.C. State Bar No. 40626
nate.huff@klgates.com
Anderson M. Shackelford
N.C. State Bar No. 49510
anderson.shackelford@klgates.com
430 Davis Drive
Morrisville, NC 27560
Telephone: (919) 466-1190

*Counsel for Plaintiff*

3

1614178209.1