**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

BLUE RIDGE HEALTHCARE
HOSPITALS, INC. D/B/A UNC
HEALTH BLUE RIDGE,

    Plaintiff,

        v.

HUMANA INSURANCE COMPANY
and HUMANA MEDICAL PLAN,
INC.,

    Defendants.

Civil Case No. 1:25-cv-00172

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Blue Ridge Healthcare Hospitals, Inc. d/b/a UNC Health Blue Ridge; and Respondents Humana Insurance Company and Humana Medical Plan, Inc. that all claims and defenses asserted in the above-captioned case are hereby voluntarily dismissed **with prejudice**, with each party bearing its own costs and attorneys' fees.

IN WITNESS WHEREOF, the undersigned, intending and having the authority to bind themselves and the parties, have executed this instrument effective as of the date set forth below.

1

1614280061.1

Dated: July 20, 2026

<table>
<tr><td><strong>K&L GATES LLP</strong></td><td><strong>KILPATRICK   TOWNSEND<br>& STOCKTON LLP</strong></td></tr>
<tr><td><em>/s/ Anderson M. Shackelford</em><br>Nate A. Huff<br>N.C. State Bar No. 40626<br>nate.huff@klgates.com<br>Anderson M. Shackelford<br>N.C. State Bar No. 49510<br>anderson.shackelford@klgates.com<br>430 Davis Drive<br>Morrisville, NC 27560<br>Telephone: (919) 466-1190<br>Facsimile: (919) 516-2072<br><br><em>Counsel for Plaintiff</em></td><td><em>/s/ Bradley A. Roehrenbeck</em><br>Chad D. Hansen<br>chadhansen@ktslaw.com<br>N.C. State Bar No. 32713<br>Bradley A. Roehrenbeck<br>broehrenbeck@ktslaw.com<br>N.C. State Bar No. 34180<br>1001 West Fourth Street<br>Winston Salem, NC 27101<br>Telephone: (336) 607-7308<br>Facsimile: (336) 734-2616<br><br><em>Counsel for Respondents</em></td></tr>
</table>

2

# CERTIFICATE OF SERVICE

I hereby certify that, pursuant to Fed. R. Civ. P. 5(b)(2)(E), the undersigned served a copy of the foregoing document by filing the same with the court's electronic-filing system, which will electronically transmit a copy to all attorneys of record.

Dated: July 20, 2026  **K&L GATES LLP**

*/s/ Anderson M. Shackelford*
Nate A. Huff
N.C. State Bar No. 40626
nate.huff@klgates.com
Anderson M. Shackelford
N.C. State Bar No. 49510
anderson.shackelford@klgates.com
430 Davis Drive
Morrisville, NC 27560
Telephone: (919) 466-1190

*Counsel for Plaintiff*

3